**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Criminal Action No. 11-cr-00066-CMA-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.     ROBERT CAIN,

      Defendant.

---

## ORDER EXONERATING BOND

---

     This criminal action has proceeded to sentencing and a final judgment and conviction, and Defendant Robert Cain was sentenced to probation. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

     **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

     **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the Defendant.

     DATED at Denver, Colorado, this 9th day of September, 2011.

                    BY THE COURT:

                    By:_____
                        CHRISTINE M. ARGUELLO
                        UNITED STATES DISTRICT JUDGE
                        DISTRICT OF COLORADO