IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00066-CMA-02

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROBERT CAIN,

      Defendant.

---

## ORDER TO DISMISS PETITION FOR ISSUANCE OF WARRANT DUE TO VIOLATION OF SUPERVISED RELEASE AND CONTINUING SUPERVISED RELEASE

---

THIS MATTER comes to the attention of the Court upon report by the probation officer that mitigating circumstances transpired following the issuance of the arrest warrant and supervised release violation petition which prompt the dismissal of said warrant and petition. The Court, having been advised of the facts and premises of the above case, it is hereby

ORDERED that the Petition for Issuance of Arrest Warrant Due to Violations of Supervised Release (Document No. 109) is dismissed and the warrant quashed. It is

FURTHER ORDERED that the defendant's term of supervised release is continued under the original orders of this Court.

DATED at Denver, Colorado, this __2 7__ day of September, 2013.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge